UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

USHER HOROWITZ, on behalf of himself and all other similarly situated consumers,

Plaintiffs,

-against-

VAN RU CREDIT CORPORATION,

Defendant.

Case No. 1:18-cv-03707-ENV-RLM

**STIPULATION OF DISMISSAL**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 28 2018 ★
BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs.

Dated:   Brooklyn, New York
         October 18, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Brett A. Scher
Brett A. Scher, Esq
Kaufman Dolowich Voluck LLP
135 Crossways Park Drivve
Woodbury, NY 11797
Tel: (516)681-1100
bscher@kdvlaw.com
*Attorney for Defendant*

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated:  11/28/2018

/s/ USDJ ERIC N. VITALIANO
Eric N Vitaliano
United States District Judge

Clerk is directed to close this case.